In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00456-CV**

_____

**IN THE INTEREST OF V.L.L., J.L.L., AND J.J.L.**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CV1206391**

**MEMORANDUM OPINION**

D.J.L. appeals from an order terminating his parental rights to his minor children, V.L.L., J.L.L., and J.J.L. The trial court found, by clear and convincing evidence, that statutory grounds exist for termination of D.J.L.'s parental rights and that termination of D.J.L.'s parental rights would be in the best interest of the children. *See* Tex. Fam. Code Ann. § 161.001(1)(D), (E), (O) (West 2014).

D.J.L.'s court-appointed appellate counsel submitted a brief in which counsel contends there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.— Beaumont 2005, no pet.). The brief provides counsel's professional evaluation of the

record. Counsel certified that D.J.L. was served with a copy of the *Anders* brief filed on his behalf. This Court notified D.J.L. of his right to file a *pro se* response, as well as the deadline for doing so. This Court did not receive a *pro se* response.

We have independently reviewed the appellate record and counsel's brief, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's order terminating D.J.L.'s parental rights, and we grant counsel's motion to withdraw.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice


Submitted on January 13, 2015
Opinion Delivered February 19, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]With respect to withdrawing from the case, counsel shall inform D.J.L. of the outcome of this appeal and inform him that he has the right to file a petition for review with the Texas Supreme Court. *See* Tex. R. App. P. 53; *In the Interest of K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).